Trinette G. Kent, Esq., [SBN 222020] tkent@lemberglaw.com
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (408) 247-9644 Fax: (480) 717-4781

Attorney for Plaintiff, MARIE VENERACION

Edit Alexandryan, Esq., [SBN 249323] ealexandryan@westlakefinancial.com

WESTLAKE SERVICES, LLC,
dba WESTLAKE FINANCIAL SERVICES
4751 Wilshire Boulevard – Suite 100
Los Angeles, California 90010
Telephone Number: (323) 602-5176
Facsimile Number: (323) 954-4671

Attorney for Defendant, WILSHIRE COMMERCIAL CAPITAL L.L.C. d/b/a WISLHIRE CONSUMER CAPITAL

**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CENTRAL DIVISION**

| | |
|---|---|
| MARIE VENERACION,<br><br>          Plaintiff,<br><br>     v.<br><br>WILSHIRE CONSUMER LOANS LLC; WILSHIRE COMMERCIAL CAPITAL L.L.C d/b/a WISHIRE CONSUMER CAPITAL,<br><br>          Defendant. | CASE NO. 2:18-cv-04382-ODW-JPR<br><br>**STIPULATION RE: BINDING CONTRACTUAL ARBITRATION AND ORDER STAYING PROCEEDINGS**<br><br>**Judge: Hon. Otis D. Wright, II**<br>**Complaint Filed: May 23, 2018** |

**STIPULATION**

WHEREAS the contract which underlies this action contains an arbitration clause. WHEREAS Plaintiff Marie Veneracion has filed the present litigation against Wilshire Commercial Capital L.L.C dba Wilshire Consumer Capital.

1
**STIPULATION RE: BINDING CONTRACTUAL ARBITRATION AND ORDER STAYING PROCEEDINGS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1. The matter shall be resolved by way of binding arbitration.

2. The parties waive the right to jury trial.

3. The matter will be submitted to the American Arbitration Association ("AAA").

4. The Federal proceedings concerning this matter shall be stayed pending the outcome of arbitration.

5. This stipulation does not modify, waive or void any portions of the arbitration provision set forth in the arbitration provision set forth in the contract underlying this lawsuit.

6. The arbitration shall be held in the County of Los Angeles.

IT IS SO STIPULATED.

Dated:   October 10, 2018          By:___/s/ Edit Alexandryan_____
                                        Edit Alexandryan
                                        Attorney for Defendant
                                        Westlake Services, LLC dba
                                        Westlake Financial Services

Dated:   October 10, 2018          By:___/s/ Trinette G. Kent_____
                                        Trinette G. Kent
                                        Attorney for Plaintiff

**STIPULATION RE: BINDING CONTRACTUAL ARBITRATION AND ORDER STAYING PROCEEDINGS**