TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Marie Veneracion

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Marie Veneracion,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Wilshire Commercial Capital L.L.C. dba Wilshire Consumer Capital,<br><br>        Defendant. | Case No.: 2:18-cv-04382-ODW-JPR<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety without prejudice and with each side to bear its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| _/s/ Trinette G. Kent_____ | _/s/ Edit Alexandryan ___ |
| TRINETTE G. KENT<br>Attorney for Plaintiff | EDIT ALEXANDRYAN<br>Attorney for Defendant |