JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Marie Veneracion,<br><br>    Plaintiffs,<br><br>vs.<br><br>Wilshire Commercial Capital L.L.C. dba Wilshire Consumer Capital,<br><br>    Defendant. | Case No.: 2:18-cv-04382-ODW-JPR<br><br>**ORDER [37]** |

Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date: February 20, 2019

_____

Hon. Otis D. Wright II

United States District Judge